# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Bayu Saputra, et al | ) | Case No: 18 C 7686, 19 C 1626, |
| | ) | 19 C 1600, 19 C 1623, 19 C 1550, |
| v. | ) | 19 C 1552, 19 C 1553, 19 C 1598, |
| | ) | 19 C 1554, 19 C 1558, 19 C 1601, |
| | ) | 19 C 1712, 19 C 1698, 19 C 1695, |
| The Boeing Company | ) | 19 C 1697, 19 C 1701, 19 C 1703 |
| | ) | 19 C 1715, 19 C 1625, 19 C 1714, |
| | | 19 C 1992, 19 C 1932, 19 C 1935, |
| | | 19 C 1924, 19 C 1951, 19 C 1624 |

Judge Thomas M. Durkin

## ORDER

The Court orders all individual related actions, 19 C 1626, 19 C 1600, 19 C 1623, 19 C 1550, 19 C 1552, 19 C 1553, 19 C 1598, 19 C 1554, 19 C 1558, 19 C 1601, 18 C 1712, 19 C 1698, 19 C 1695, 19 C 1697, 19 C 1701, 19 C 1703, 19 C 1715, 19 C 1625, 19 C 1714, 19 C 1992, 19 C 1932, 19 C 1935, 19 C 1924, 19 C 1951, and 19 C 1624 to be consolidated under case number 18 C 7686, to be captioned " I re Lion Air Flight JT 610 Crash."  This order will be implemented by the Clerk of Court submitting JS-6 forms to the Administrative Office for the individual related actions.  This will designate the individual related actions as closed for administrative and statistical purposes.  This order will not be considered a dismissal or disposition of these actions on the merits.  All future pleadings are to be filed in the consolidated case alone.  No pleadings should be filed in any of the individual related actions which are to be administratively closed.  Any additional related cases filed in the future and assigned to Judge Durkin will also be administratively closed and consolidated with this case.  Should any party believe at any point in the future that separate proceedings have become necessary for that party's particular claims, the party should make a motion in the consolidated case 18 C 7686 seeking relief.  The Clerk is also directed to transfer all attorney appearances in the individual related actions to 18 C 7686.

Date: 4/16/2019            /s/ Thomas M. Durkin